UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

200 MCNAB, LLC and HALLICKCHANE MANAGEMENT INC d/b/a BREWFISH BAR & GRILL,
    Defendant(s).

Case No.: 23-cv-61395-AHS

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendant, 200 MCNAB, LLC, *only,* by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ John A. Chiocca
John A. Chiocca (FBN: 145157)
Attorney for 200 McNab, LLC
Cole, Scott & Kissane, P.A.
222 Lakeview Ave., Ste. 120
West Palm Beach, FL 33401
(561) 383-9220
John.Chiocca@CSKLegal.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com