UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61395-CIV-SINGHAL

RUDOLPH BETANCOURT,

    Plaintiff,

vs.

200 MCNAB, LLC and HALLICKCHANE
MANAGEMENT INC d/b/a BREWFISH
BAR & GRILL,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Joint Notice of Settlement in Principle with Defendant Hallickchane Management Inc. (DE [24]) filed on October 30, 2023, and Plaintiff's Joint Notice of Settlement in Principle with Defendant 200 McNab LLC (DE [29]) filed on November 28, 2023.  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal by **January 15, 2023**.  In the event the parties fail to complete the expected settlement, either party may request the Court to reopen the case.  Furthermore, the Court retains jurisdiction over the case until the settlement is consummated.  The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT** and all deadlines and hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of December 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF